**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dina Cherie DENHAM, Defendant–**
**Appellant.**

**No. 03–50189.**

**D.C. No. CR–01–00007–VAP–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Ronald L. Cheng, Steven J. Olson, United States Attorneys Office, Los Angeles, CA, for Plaintiff-Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lisa M. Bassis, Los Angeles, CA, for Defendant-Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

## MEMORANDUM**

Dina Cherie Denham appeals her guilty-plea conviction and 144–month sentence for armed robbery, in violation of 18 U.S.C. §§ 2113(a) and (d), and using a firearm during a crime of violence, in violation of 18 U.S.C. § 924.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Denham has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Denham has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

